**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                    **CASE NO.:   3:06cr38/RV**
                                                                     **3:10cv138/RV/MD**

**LARRY LAVERNE DIXON**
_____

**O R D E R**

     **This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 4, 2010. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.**

     **Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.**

     **Accordingly, it is now ORDERED as follows:**

     **1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

     **2.      The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 55) is summarily DISMISSED as untimely.**

     **DONE AND ORDERED this 8th day of June, 2010.**

                             */s/ Roger Vinson*
                             **ROGER VINSON**
                             **SENIOR UNITED STATES DISTRICT JUDGE**